# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>PRICE, *et al.*,<br><br>  Defendants. | Case No. 1:20-cv-00653-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff Michael Hernandez Gonzalez ("Plaintiff"), a resident of Atascadero State Hospital proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

///

In this case, none of the defendants appear to reside in this district. The claims arose in San Luis Obispo County, which is in the Central District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Ravelo Monegro v. Rosa, 211 F.3d 509, 512 (9th Cir. 2000).

Accordingly IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Central District of California; and
2. This Court has not yet ruled on Plaintiff's motion to proceed *in forma pauperis*. (ECF No. 2.)

IT IS SO ORDERED.

Dated: __May 11, 2020__                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE